___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

DEC 0 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR 09 1521 PHX SRB (ECV)

**INDICTMENT**

| | |
|---|---|
| United States of America, | VIO: 18 U.S.C. § 875(c) |
| Plaintiff, | (Threatening Communication in Interstate Commerce) |
| v. | Counts 1-2 |
| Phillip Ticktin, | |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about October 21, 2008, in the District of Arizona, defendant PHILLIP TICKTIN, with intent to threaten, transmitted in interstate and foreign commerce, a communication, to Elizabeth Zabludoff, containing a threat to injure the person of another; specifically the "operatives in my family."

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2

On or about September 28, 2009, in the District of Arizona, defendant PHILLIP TICKTIN, with intent to threaten, transmitted in interstate and foreign commerce, a

1  communication, to Alan Prelutsky, containing a threat to injure the person of another;
2  specifically, Alan Prelutsky, Marvin S. Wool and other persons.
3
4                                              A TRUE BILL
5
6
7                                              s/
                                               FOREPERSON OF THE GRAND JURY
                                               Date: December 9, 2009
8
9  DENNIS K. BURKE
   United States Attorney
10 District of Arizona
11
12    s/
   MICHAEL T. MORRISSEY
13 Assistant United States Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                               2