JON M. SANDS
Federal Public Defender
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

SUSAN E. ANDERSON, #020343
Asst. Federal Public Defender
Attorney for Defendant
susan_anderson@fd.org

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Philip Ticktin,<br><br>    Defendant. | No.  CR-09-1521-PHX-SRB<br><br>**MOTION FOR RELEASE<br>OF PASSPORT** |

Philip Ticktin, through undersigned counsel, respectfully asks this Court to order that the Clerk of the Court release back to him the passport and passport card that he surrendered as a condition of his release after his change of plea hearing. Mr. Ticktin was recently sentenced by this Court to time served and three years of supervised release. As sentence has now been imposed and the Court's order setting conditions of release is no longer in effect, Mr. Ticktin seeks the return of his passport and passport card. He was advised by the Clerk's office that this requires an order from this Court. Hence this motion. A proposed Order is attached for the Court's convenience.

Respectfully submitted: June 2, 2010.

JOHN M. SANDS
Federal Public Defender

*s/Susan E. Anderson*
SUSAN E. ANDERSON
Asst. Federal Public Defender

1

2  I hereby certify that on *June 2, 2010*, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

3

4  LISA J. SETTEL
Assistant United States Attorney
Two Renaissance Square

5  40 North Central Avenue
Suite 1200

6  Phoenix, Arizona 85004-4408

7  Copy mailed to:

8  PHILIP TICKTIN
Defendant

9

10   *s/yc*
yc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                          2