DENNIS K. BURKE
United States Attorney
District of Arizona

LISA J. SETTEL
Lisa.Settel@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br>     v.<br><br>Philip Ticktin,<br><br>             Defendant. | No. CR-09-01521-1-PHX-SRB<br><br>**NOTICE** |

The United States respectfully files this notice in response to the Court's Order (CR 88) dated November 19, 2010. On November 22, 2010, the Federal Bureau of Investigation (FBI) denied defendant's claim to the Ruger .357 Magnum and mailed the notice to his mailing address. Attached as exhibit A is the denial letter.

Respectfully submitted this 29th day of November, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*/s Lisa J. Settel*

LISA JENNIS SETTEL
Assistant U.S. Attorney

Certificate of Service:

I certify that on today's date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Susan Anderson, Attorney for defendant