IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Philip Ticktin,<br><br>    Defendant. | No.   CR 09-1521-PHX-SRB<br><br>**O R D E R** |

Having reviewed the defendant's Rule 41(g) Motion for Return of Property, Government's Response [Doc. 87], Government's Notice [Doc. 89] and Government's Supplemental Response [Doc. 91], and good cause appearing,

IT IS ORDERED granting Defendant's Motion for Return of Property [Doc. 86].

IT IS FURTHER ORDERED directing the Federal Bureau of Investigation to return the property seized from the defendant - namely, the defendant's Ruger revolver - by releasing it to the individual to whom Mr. Ticktin gifts or sells the property, provided that individual may legally posses a firearm.

DATED this 12th day of January, 2011.

_____
Susan R. Bolton
United States District Judge